1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   EDU-SCIENCE (USA) INC.              )          No:  2:12-cv-00402-MCE-DAD
                                         )
12                        Plaintiffs,    )
                                         )                    **ORDER**
13        v.                             )            **TO TRANSFER VENUE**
                                         )
14   INTUBRITE LLC                       )
                                         )
15                        Defendants.    )  Assigned to:   Hon. Morrison C. England, Jr.
                                         )
16                                       )  [Complaint Filed: February 16, 2012]
                                         )
17   _____)

18        The Court having considered the stipulation of plaintiff EDU-Science (USA) Inc. and

19   defendant IntuBrite LLC to transfer venue to the United States District Court for the Southern

20   District of California,  **IT IS HEREBY ORDERED** that this case shall be transferred immediately

21   to the United States District Court for the Southern District of California, all pending motions in

22   this action shall be deemed withdrawn, and defendant IntuBrite LLC shall have twenty one (21)

23   days to respond to EDU's complaint following docketing of this action in the Southern District of

24   California.

25   Dated: May 1, 2013

26                                        _____
                                          MORRISON  C.  ENGLAND,  JR.
27                                        UNITED STATES DISTRICT JUDGE

28